# CRIMINAL DOCKET — U.S. DISTRICT COURT

| PO | ☐ | 0975 | 1 | Assigned 7509 / 7510 Sentence | ☐ WRIT  ☐ JUVENILE  ☐ ALIAS | VS ● HOPPE, RICHARD J. | Mo 07 | Day 25 | Yr 86 | No. 01042 | Def. 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Misd. | ☐ | | | | | | | No. of Def's 1 | | U.S. MAG CASE NO. | |
| Felony | X | District | Off | Judge Magistr | OFFENSE ON INDEX CARDS | | | | | | |

## I. CHARGES

| US TITLE SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM N.P. | GUILTY NOLO |
|---|---|---|---|---|
| 18:13 HRS 707-736 | Sexual Abuse 09-18-83   CT I | 1 | X | |
| 18:113(e) | Assault 08-83, 10-83   CT II, III | 2 | | X |
| 18:13 HRS 707-737 | Sexual Abuse in 2° 09-18-83   as to Information | 1 | | X |

SUPERSEDING COUNTS →   ☐ JURY  ☐ N J

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint | KEY DATE 08-04-86 APPLICABLE — X Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver | KEY DATE 08-25-86 / 10-20-86 LATEST OF — X 1st appears on pending charge /R40 ☐ Receive file R20/21 ☐ Supsdg: ☐ Ind X Inf ☐ Order New trial |
| | | KEY DATE 10-20-86 APPLICABLE — ☐ Dismissal X Pled guilty ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began |

| 1st appears with or waives counsel 08-25-86 | ARRAIGNMENT 08-25-86 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 10-20-86 | SENTENCE DATE 01-12-87 05-04-87 purs 18:4205(d) | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED  ☐ NOT WAIVED  Tape Number | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information.

RULE: ☐ 20  ☐ 21  ☐ 40  ☐ In  ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.
DANIEL A. BENT
by MARK J. BENNETT, Asst. U.S. Atty.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non / Other  6 X PD.  7 ☐ CD

H. DEAN STEWARD, AFPD
546-7304

### BAIL ● RELEASE

**PRE INDICTMENT**
Release Date: 
Bail Denied ☐   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$
Conditions: ☐ 10% Dep.  ☐ Surety Bnd
Date Set
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty  ☐ Other

**POST INDICTMENT**
Release Date:
Bail Denied ☐   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$
Conditions: ☐ 10% Dep.  ☐ Surety Bnd
Date Set
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty  ☐ Other

JUN 5 1987

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

```
                                                                    EXCLUDABLE DELAY
  DATE                   MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE [ 1 ] OF [   ]
                   86  01042   01    [X] PROCEEDINGS DOCKET FOR SINGLE DEFENDANT
```

|        |   |     | V. PROCEEDINGS |
|--------|---|-----|----------------|
| 1986   |   |     |                |
| Jul 25 | 1 | EP: | SECRET INDICTMENT - BW ordered & issued, Bail set at $50,000.00 cash/corp surety                           (YI) CONKLIN |
| Aug 4  |   | EO: | Per Alvin Ho, USPO, deft arrested in Washington |
| 19     |   | EO: | Per Mark Bennett, Asst. U.S. Atty. - indictment to be unsealed |
|        | 2 | EO: | Received from the Western District of Washington certified copies of the following documents: Order of Transfer, Financial Affidavit, Order Appointing Federal Public Defender, Motion to Shorten Times for Hearing, Order re: M/shortening time for hearing, Government's Motion to Require Defendant to Remove Beard Prior to Rule 40 Hearing on August 14, 1986, Minutes of 8-4-86 & 8-14-86 - W.D. of WA 86-199M-01 (Deft remains in custody - USMO to transport deft) |
| 21     |   | EO: | Informed by USM that deft to arrive in jurisdiction 08-22-86 Ct Room Deputy for Mag Tokairin - notified |
| 22     |   | EO: | Notified by USM that deft has arrived in jurisdiction Ct Room Deputy for Mag Tokairin - notified |
|        | 3 |     | Return on BW - exec by David Y. Miller, DUSM for FBI on 08-04-86 |
|        |   | EO: | A&P set for 08-25-86 @ 9:00 a.m. (T)           TOKAIRIN Notified: Mark Bennett, AUSA, Wayne Wong, USPO, USM & FPD |
| 25     |   | EP: | A&P - Deft present. Deft sworn to Financial Affidavit; request for ct appt counsel GRANTED. H. DEAN STEWARD, AFPD Arrn waived. Plea of Not Guilty entered; JT date of 10-28-86 given; deft has conflict and requests that trial commence a week earlier; govt does not object and court grants request to advance trial date. PT: 10-10-86 @ 9:00 a.m. (C) JS: 10-20-86 @ 9:30 a.m. (C) JT: 10-21-86 @ 9:00 a.m. (tba) Deft ms due 09-15-86; govt resp due 09-29-86 Bail was set on the mainland; PT investigation was performed in Seattle according to Alvin Ho, from USPO. Deft orally moves court for reconsideration of the bail. Hrng is set for 08-26-86 @ 9:00 a.m. (T) in order for USPO to obtain report.                           (Priscilla Gonzaga) TOKAIRIN |
|        | 3 |     | Financial Affidavit |
| 26     | 4 |     | Appearance Bond - 24-620 Russell Rd., Apt. #101, Kent, WA 98032 Phone: (206) 859-9066 |
|        | 5 |     | Order Setting Conditions of Release - $25,000 Sig. - next appearance 9-20-86 @ 9:30 a.m. (JS) - conditions 1) Deft may travel to & from Seattle and Honolulu 2) Deft to pay own travel expenses. 3) PT service in seattle weekly or as determined 4) Maintain stable residence 4) Gain employment |
| Aug 26 |   | EP: | M/Reconsideration of Bail - deft present; Parites do not object to PT Servies report. Court modifies bail: Deft to be release on $25,000 signature, upon the following special conditions: 1) Deft to report to PT Services in Seattle at least weekly or as determined by them; 2) Deft to maintain stable residence; 3) deft to be gainfully employed. Deft is restricted to travel between Seattle, WA and Hawaii. Deft to travel at his own expense. Bail cautionary advice read to deft. (Priscilla Gonzaga) TOKAIRIN |
|        | 6 |     | Release executed by USM on 8-26-86 |

CONTINUED TO PAGE [ 2 ]

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs HOPPE, RICHARD J.    CR 86-01042-01   page 2
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- | --- |
| | | (Document No.) | (a) (b) (c) (d) |

1986
Sep 19 — EO: Notified Mark Bennett that deft's copy of bail papers which was mailed to him, was returned to this office by the Post Office, stamped "Addressee Unknown; Return to Sender." Mr. Bennett said he will let USPO know.

29 — EO: Change of Plea is set for 10-20-86 at 1:30 before Judge Panner. Mark Bennett to notify Dean Steward. OWEN M. PANNER
cc: USPO

Oct 20   7  EP: M/Change of Plea - GRANTED. "Information" filed. Arrn. Deft sworn. Questioned. Advised of rights. Further questioned. Guilty plea entered to the Information. Guilty pleas entered to CT 2 & 3 of the Indictment. Referred for Presentence Investigation & Report & SENTENCING set for 01-12-87 @ 1:30 p.m.   (ESR) OWEN M. PANNER

8  Memorandum Of Plea Agreement

1987
Jan 9   9  Sentencing Memorandum; Exhibits A-D - cc: Judge Kay

10  Sentencing Memorandum; Declaration of Mark J. Bennett; Exhibit A

11  Certificate of Service [re Govt's Sentencing Memo - served on D. Steward 01-09-87]

12  EP: SENTENCING -deft present w/ counsel D. Steward
As to the Information - Impr 1 yr & for a 90 day study purs to 18:4205(c)
As to CT 2 of the Indictment - Impr 90 days & for a 90 day study purs to 18:4205(c)
As to CT 3 of the Indictment - Impr 90 days & for a 90 day study purs to 18:4205(c) The sentenc imposed on CT 2 & 3 of the Indictment shall run consecutive to the sentence imposed on the Information. Deft's M/Voluntary Surrender GRANTED. MITTIMUS stayed to 02-02-87 @ 10:00 a.m.
(Priscilla Gonzaga) KAY

12  JUDGMENT & COMMITMENT                                 KAY

Apr 28   EO: Final SENTENCING set for 05-04-87 @ 1:30 p.m. (Kay) all parties notified                     KAY

May 4    EP: RESENTENCING - Deft present w/ T. Murphy AFPD and Santoki
INFORMATION - Impr one year; serve 3 months, execution of remainder of the sentence is suspended and deft is placed on probation for 5 yrs on the spec cond that the deft will undergo mental health counseling at the direction of the prob dept. The pd of imprisonment will run consecutive to the term of impr imposed in CT 2 & 3 of the indictment. Prob will commence upon deft's release from custody and that the deft will be credited for time served & for the PT diversion.
SENTENCING as to the INDICTMENT - CT 2 - Impr 3 months.
CT 3 - Impr 3 months; SENTENCE to run consecutive to CT 2.  Govt's M/Dismiss CT 1 of the Indictment - GRANTED
(YI) KAY

13  ORDER MODIFYING Sentence Following Commitment for Study Purs to 18:4205(d)                            KAY

Interval (per Section II)    Start Date / End Date    Ltr. Code / Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1987 Oct 14   14 | Prob 12 - Ordered that the Presentence Report dated 12-23-86 and the Classification Study as well as the Psychological Evaluation dated 3-30-87 be released to the mental health agency that will provide counseling to Mr. Hoppe.    KAY | | | | |